# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY LAMONT TAYLOR, | ) | NO. CV 15-05951-CAS (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| STU SHERMAN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: August 20, 2015.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE